

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00409-CV

Samuel **DODSON**,
Appellant

v.

Benito **MUNOZ** d/b/a B M Transport, Erik Munoz, and David Henry Owens,
Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 16-0367-CV
Honorable William Old, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that Appellees recover costs of this appeal from Appellant. *See* TEX. R. APP. P. 43.4.

SIGNED August 8, 2018.

_____
Irene Rios, Justice